# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00421-CR

**Jose Refugio Nieto, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF RUNNELS COUNTY, 119TH JUDICIAL DISTRICT
### NO. 5003, HONORABLE BEN WOODWARD, JUDGE PRESIDING

The clerk=s fee has not been paid and the clerk=s record has not been filed. Appellant was advised that his appeal would be dismissed if the clerk=s fee was not paid. The Court received no response to this notice. The appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

David Puryear, Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Dismissed for Want of Prosecution

Filed: October 3, 2002

Do Not Publish